IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRENTON D. BLISS,

Defendant.                                              Case No. 07-cr-30180-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Bliss' Motion for Temporary Bond for Purposes of Attending Memorial Service. (Doc. 31.) Defendant is requesting a temporary release from custody in order to attend the funeral services of his recently deceased father. The Court has been advised that the Government opposes Defendant's request and that the U.S. Marshal would also be opposed to any supervised transportation of Defendant for the purpose of a funeral. Unfortunately, the Court finds that allowing Defendant's request would present an unwarranted security risk. In addition, the Court finds that Defendant is not entitled to a temporary release from custody for the same reasons that necessitate Defendant's current detention. Therefore, said Motion is **DENIED**. (Doc. 31.) The Court extends

his deepest sympathies to Defendant and his family at this difficult time.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2008.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**